IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREGORY ROGERS, an individual on behalf of himself and others similarly situated, | ) ) ) ) | NO. 3:09-1173 JUDGE HAYNES |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HCA HEALTH SERVICES OF TENNESSEE, INC., D/B/A SUMMIT MEDICAL CENTER, TRI-STAR HEALTH SYSTEM, INC., and HCA, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The case management conference is set for **Monday, May 24, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _16th_ day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge