UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY ROGERS on behalf of himself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a SUMMIT MEDICAL CENTER,<br><br>    Defendant | No. 3:09-1173<br>Judge Sharp/Brown<br>**Jury Demand** |
| ALBERTA McBRIDE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>HTI MEMORIAL HOSPITAL CORPORATION d/b/a SKYLINE MEDICAL CENTER,<br><br>    Defendant | No. 3:10-0620<br>Judge Sharp/Brown<br>**Jury Demand** |

### O R D E R

A telephone conference with Magistrate Judge Joe Brown is set for **July 18, 2013, at 2:00 p.m.** to discuss entering a revised scheduling order. Parties are requested to submit a proposed order one day prior to the conference call.

**To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge